UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VINCENT CALAMIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1746 AGF |
| | ) | |
| MERCK & CO., INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This motion is before the Court on the motion of Defendant Merck & Co., Inc. to

stay proceedings pending transfer of the case by the Judicial Panel on Multidistrict

Litigation (JPML).  The case involves the prescription drug VIOXX, manufactured by

Defendant Merck.  On February 16, 2005 the JPML in In re VIOXX Products Liability

Litigation, Doc. No. 1657, transferred over 100 VIOXX cases to the United States

District Court for the Eastern District of Louisiana for pretrial proceedings.  The Panel

noted that nearly 300 potentially related cases were pending in multiple district courts and

would be treated as potential tag-along cases.  The Panel also noted that the pendency of

a motion to remand was not a sufficient basis to avoid transfer, and that the transferee

court could decide remand motions.

Since then, several courts in this district have granted motions to stay similar to

the motion filed in this case.  See, e.g., O'Gorman v. Merck & Co., No. 4:05CV153 DDN

(E.D. Mo. Oct. 13, 2005) (order granting stay); McBride v. Merck & Co., No.

4:05CV878 ERW (E.D. Mo. Oct. 13, 2005) (order granting stay).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to stay proceedings

pending transfer by the Judicial Panel on Multidistrict Litigation [Doc. #7] is

**GRANTED**.

Dated this 8th day of November, 2005.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE